UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. IP94-CR-008-01-B/E |
| | ) 1:06-cv-1489-SEB-VSS |
| BRADLEY HARDY, JR., | ) |
| Defendant. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:06-cv-1489-SEB-VSS is **dismissed for lack of jurisdiction.**

Date: 01/11/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Bradley Hardy, Jr.
#04612-028
Elkton - FCI
P.O. Box 10
Lisbon, OH 44432